UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-02263-SSS-SHKx | Date | August 5, 2024 |
| Title | *Charles N. Belssner v. Experian* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

On July 2, 2024, this Court received returned mail of five court filings from the address listed for Plaintiff Charles N. Belssner, who is proceeding *pro se*. [Dkt. 44–49]. Moreover, Belssner has not filed a notice of change of address.

Local Rule 41-6 provides that

[a] party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

Due to the returned mail and lack of a notice of change of address, the Court **ORDERS** Belssner **TO SHOW CAUSE** why this case should not be dismissed without prejudice for failure to prosecute. Belssner must file a written response by **August 23, 2024**. Belssner is warned that failure to file a written response will

result in a dismissal of this case under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with Local Rule 41-6.

**IT IS SO ORDERED.**